DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JON L. SLEPIAN,**
Appellant,

v.

**BROWARD HEALTH IMPERIAL POINT** and **ALL HEALTHCARE PROVIDERS, ETC.,** et al.,
Appellees.

No. 4D22-1319

[April 20, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. 20-0014881 (08).

Jon L. Slepian, Fort Lauderdale, pro se.

Jessica M. Hernandez and RoseMarie Antonacci-Pollock of Falk, Waas, Hernandez, Solomon, Mendlestein & Davis, P.A., Coral Gables, for appellee Broward Health Imperial Point.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***